AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>7:23MJ36 | Date and time warrant executed:<br>4/13/2023 10:10AM | Copy of warrant and inventory left with:<br>David Beasley |
| Inventory made in the presence of : | Special Agent Jerre Harvard | |

Inventory of the property taken and name of any person(s) seized:

Biometric identification was produced by Beasley in compliance with the warrant.

Biometric production was not successful in gaining access to the devices.

No further items were seized.

**Received in Chambers**
**By Reliable Electronic Means**

April 19, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 14, 2023

JERRE E HARVARD III   Digitally signed by JERRE E HARVARD III
Date: 2023.04.14 10:39:16 -04'00'

*Executing officer's signature*

DHS-HSI Special Agent Jerre Harvard

*Printed name and title*